# EXHIBIT "A"



Home Values

*Miner*

For Sale

Mortgage

Pros

Sign Up

Sign In

# » 760 Pawling Ave Troy, NY 12180

**VALUATION ESTIMATES**   ?

eppraisal.com

$70,984

Zillow.com

**CURRENT MORTGAGE RATES**

# EXHIBIT "B"




The City of

# TROY



Office of the Corporation Counsel
Phone (518) 279-7136
Fax   (518) 268-1685

*Ian H. Silverman*
*Corporation Counsel*

### Inter-Office Memorandum

**To:**        Louis A. Rosamilia, Mayor

**From:**     Ian H. Silverman, Esq., Corporation Counsel

**Subject:**  2015 In-Rem Properties

**Date:**      March 12, 2015

The Review Committee for the 2015 In-Rem Properties met today to discuss and review all proposals submitted. After careful consideration, the following properties have been granted to the following:

| Tax Map No. | Location | Bidders Name | Purchase Price |
|---|---|---|---|
| 101.61-11-18 | 183 Fourth Street | Denise Daint-Onge and Larry Thomas | $2,000.00 |
| 111.28-5-3 | 303 First Street | Ryan McCabe | $10,000.00 |
| 111.36-6-5 | 365 First Street | Charmaine Leslie | $10,000.00 |
| 112.83-3-6 | 760 Pawling Avenue | Pontos Properties, LLC | $5,200.00 |